IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO: 5:13CR30 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| JUAN CARLOS DE VIRGILIIS | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of Indictment be sealed until the defendant has been arrested.

This the 17th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE