UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13CR30-RLV-DSC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| JUAN CARLOS DE VIRGILIIS, | ) | |
| Defendant. | ) | |

This **MATTER** is before the Court on its own Motion to administratively close the case as to **JUAN CARLOS DE VIRGILIIS**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: March 2, 2017

Richard L. Voorhees
United States District Judge